IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JEROME D. BROWN,                    §
    Petitioner,                    §
VS.                                 §    CIVIL ACTION NO.4:06-CV-296-Y
                                    §
DOUGLAS DRETKE, Director,           §
T.D.C.J., Correctional              §
Institutions Div.,                  §
    Respondent.                    §

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Jerome D. Brown under 28 U.S.C. § 2254, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on May 2, 2006; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on May 19, 2006.[1]

The Court, after de novo review, concludes that Petitioner's objections must be overruled, and that the petition for writ of habeas corpus should be dismissed for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Petitioner Jerome D. Brown's Petition for Writ of Habeas

---

[1] On May 8, 2006, the clerk of Court received a letter from petitioner Brown in which he references attempts to exhaust administrative remedies, but exhaustion is immaterial to the determination that this petition is successive.

Corpus is hereby DISMISSED WITHOUT PREJUDICE to his right to file a motion in the United States Court of Appeals for the Fifth Circuit for leave to file a successive petition.

SIGNED May 23, 2006.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE